# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | INITIAL APPEARANCE |
|---|---|
| | on Criminal Complaint |
| v. | |
| TIMOTHY BEA | CASE NUMBER **25-mj-99** |

HONORABLE WILLIAM E. DUFFIN, presiding  
Deputy Clerk: Linda M. Zik  
Hearing Held: June 18, 2025 at 11:00 a.m.

Court Reporter: Liberty  
Hearing Began: 11:02 a.m.  
Hearing Ended: 11:11 a.m.

**Appearances:**

UNITED STATES OF AMERICA by: Patricia I. Daugherty  
TIMOTHY BEA, in person, and by: Gabriela A. Leija for Joshua Uller ☐ CJA ☑ FDS ☐ RET  
U.S. PROBATION OFFICE by: Hannah Behnke  
INTERPRETER: ☑ None ☐ Sworn

☑ Defendant advised of rights  
☑ Defendant advised of charges, penalties, and fines  
☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)  
☑ Waiver of Preliminary Hearing form signed  
☑ **Arraignment and Plea set for July 3, 2025 at 9:00 a.m.**

Maximum Penalties:

10 years to Life Imprisonment; $10,000,000 Fine; 5 years to Life Supervised Release; $100.00 Special Assessment

4 years Imprisonment; $30,000 Fine; 1 year Supervised Release; $100.00 Special Assessment

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

TIMOTHY BEA                                                              25-mj-99

Bond Status:

In case no. 25-mj-376, deft was previously released on bond. Then the case was dismissed.

Govt agrees to release on same conditions as case no. 25-mj-376
- Except: Mother does not need to be third-party custodian

- ☑ Defendant is released on:   ☑ O/R bond
  - ☑ *See* Conditions of Release, below   ☑ *See* Order Setting Conditions of Release

**Conditions of Release:**
- ☑ Report to Pretrial Services as directed
- ☑ Maintain/seek employment
- ☑ Surrender passport to: <u>Clerk of Court</u>
- ☑ Obtain no passport
- ☑ Travel restricted to the United States
- ☑ No firearms/weapons
- ☑ No use or illegal possession of narcotic drugs/controlled substances, unless prescribed by a physician or other licensed practitioner.
- ☑ Testing for drugs/alcohol
- ☑ Home confinement:
- ☑ Home detention with restriction to residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by USPO
- ☑ GPS
- ☑ Any employment must be pre-approved by Defendant's Pretrial Services Officer and the Government