# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 25-mj-99 |
| TIMOTHY BEA | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/18

_Timothy B._
*Defendant's signature*

*Signature of defendant's attorney*

Gabriela A. Leija
*Printed name and bar number of defendant's attorney*

411 E. Wisconsin Ave, 2310
*Address of defendant's attorney*

gabriela_leija@fd.org
*E-mail address of defendant's attorney*

(414) 221-9900
*Telephone number of defendant's attorney*

(414) 221-9901
*FAX number of defendant's attorney*