# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** on Criminal Complaint |
| v. | |
| **CLAUDELL SIMS** <br> **FREDDIE ROBINSON** <br> **ALONZO TREADWELL** <br> **ALONZO KIMBLE** | CASE NUMBER **25-mj-99** |

HONORABLE WILLIAM E. DUFFIN, presiding  Court Reporter: Liberty
Deputy Clerk: Mary Murawski  Hearing Began: 11:02:45
Hearing Held: June 17, 2025 at 11:00 A.M.  Hearing Ended: 11:09:42

**Appearances:**

UNITED STATES OF AMERICA by: Trish Daugherty
Claudell Sims, in person, and by: Dennise Moreno ☐ CJA ☑ FDS ☐ RET
Freddie Robinson, in person, and by: Dennise Moreno ☐ CJA ☑ FDS ☐ RET
Alonzo Treadwell, in person, and by: Dennise Moreno ☐ CJA ☑ FDS ☐ RET
Alonzo Kimble, in person, and by: Dennise Moreno ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Michael Karolewicz
INTERPRETER: ☑ None ☐ Sworn

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☐ **Preliminary Hearing/Arraignment and Plea set for Date at Time**

Maximum Penalties: 21:841(a)(1) & 846: IMPRISON: 10 years – Life; FINE: $10 Million; S.R.: 5 years; S.A.: $100. 21:843(b): IMPRISON: 0-4 years; FINE: $30,000; S.R.: 1 year; S.A.: $100.

### CLAUDELL SIMS
**Bond Status:**
☑ Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
Detention Hearing set for: 6/20/2025 at 11:00 A.M. before Magistrate Judge Stephen Dries, Courtroom 284.

### FREDDIE ROBINSON
**Bond Status:**
☑ Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
Detention Hearing set for: 6/20/2025 at 9:00 A.M. before Magistrate Judge Stephen Dries, Courtroom 284.

**ALONZO TREADWELL**

**Bond Status:**

☑   Defendant is ordered temporarily detained for a maximum of:   ☑ 3 days   ☐ 5 days   ☐ 10 days
Detention Hearing set for:  6/20/2025 at 11:30 A.M. before Magistrate Judge Stephen Dries, Courtroom 284.

**ALONZO KIMBLE**

**Bond Status:**

☑   Defendant is ordered temporarily detained for a maximum of:   ☑ 3 days   ☐ 5 days   ☐ 10 days
Detention Hearing set for:  6/20/2025 at 12:30 P.M. before Magistrate Judge Stephen Dries, Courtroom 284.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.