# UNITED STATES DISTRICT COURT
for the
Eastern District Of Wisconsin

| | |
|---|---|
| United States of America ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-mj-00099 |
| ) | |
| Timothy Bea, et al ) | |
|     Defendant(s). ) | |

**JOINT *UNOPPOSED* MOTION TO CONTINUE**

NOW COMES defendant Hammad Isa, by and through his attorney, Michael P. Gillespie, and defendant Foad Isa, by and through his attorney, Gregg L. Smith, and moves this Honorable Court to continue his pretrial conference and pretrial detention date. In support thereof, Defendant Hammad Isa and Defendant Foad Isa state as follows:

1. Defendants Hammad Isa and Foad Isa retained undersigned counsel, who filed their appearances in this matter on June 18, 2025.

2. This Honorable Court has previously set a pretrial conference / pretrial detention hearing for June 20, 2025.

3. Defendants Hammad Isa and Foad Isa are actively engaged in discussions with Assistant U.S. Attorney Patricia Daugherty in an effort to reach an agreement regarding conditions of pretrial release. Additional time is needed to determine whether such an agreement can be reached.

4. Defense counsel has spoken with AUSA Daugherty, who has indicated that the Government has no objection to a continuance of 7 to 14 days.

5. Defense counsel has also spoken with the Defendants, who consent to the requested continuance and do not object to the exclusion of time under the Speedy Trial Act. Please see the attached signed and sworn affidavit.

6. While the Government is seeking pretrial detention, the Defendants are currently in the process of obtaining a property appraisal for potential use as collateral in support of their release. Additional time is necessary to complete this process.

**WHEREFORE**, Defendant Hammad Isa and Defendant Foad Isa respectfully request this Honorable Court to continue this matter for 7 to 14 days.

Respectfully submitted,

*/s/ Michael P. Gillespie*
Attorney for Hammad Isa
Law Offices of Gillespie & Gillespie
1550 N. Northwest Hwy., Suite 203
Park Ridge, IL 60068
Tel: (312) 588-1281
Michael@gillespieandgillespielaw.com

*/s/ Gregg L. Smith*
Attorney for Foad Isa
Law Offices of Gregg L. Smith PC
205 W. Randolph Street, Suite 610
Chicago, IL 60606
Tel: (312) 629-1778
glslaw40@att.net

# CERTIFICATE OF SERVICE

      I hereby certify I electronically filed the foregoing with the Clerk of the Court for the United States, Eastern District of Wisconsin and said filing complies with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


*/s/ Michael P. Gillespie*
Attorney for Hammad Isa
Law Offices of Gillespie & Gillespie
1550 N. Northwest Hwy., Suite 203
Park Ridge, IL 60068
Tel: (312) 588-1281
Michael@gillespieandgillespielaw.com


*/s/ Gregg L. Smith*
Attorney for Foad Isa
Law Offices of Gregg L. Smith PC
205 W. Randolph Street, Suite 610
Chicago, IL 60606
Tel: (312) 629-1778
glslaw40@att.net

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 25 MJ 99 |
| HAMMAD ISA ) | |

I, Michael Gillespie, being sworn and under oath, hereby state as follows:

1. That I am a licensed attorney in good standing in both the state and federal courts of Illinois.
2. That I am the retained trial attorney for Hammad Isa in case no. 25 MJ 99.
3. That on June 17th, 2025, I appeared before the Honorable Magistrate Judge William E. Duffin, for Hammad Isas initial appearance.
4. That at the initial appearance, Magistrate Judge Duffin set the above matter, by the agreement of the parties, for a Detention Hearing for June 20th, 2025 at 1:30 pm.
5. Defense counsel has consulted with the government, AUSA Trish Daugherty, and is suggesting a continuation of the June 20th detention hearing.
6. Defense counsel and counsel for the government are in talks in hopes that an agreement may be reached on conditions for pre trial release.
7. On June 19th 2025, defense counsel spoke with Hammad Isa, and the defendant has no objection to the continuance of the detention hearing and the exclusion of time. Further, Hammad Isa understands he will remain in custody until further notice..
8. That I have reviewed the above-mentioned facts contained herein and they are true and correct.

FURTHER AFFIANT SAYETH NOT

Michael Gillespie

Subscribed and Sworn to before me this 19th day of June, 2025.

Notary Public, State of Illinois
Official Seal
Madeline Cruz
Commission # 604201
My Commission Expires 5/28/2028